# WILK AUSLANDER

Wilk Auslander LLP  T  212-981-2300
1515 Broadway  F  212-752-6380
New York, NY  10036  wilkauslander.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

Stuart M. Riback
Partner
(212) 981-2326
sriback@wilkauslander.com

November 18, 2020

**VIA ECF**

Hon. Robert W. Lehrburger
United States District Court
500 Pearl Street
New York, New York  10007

      **Re:**   *Application of Degens*, no. 20-mc-00237 (JGK)(RWL)

Dear Judge Lehrburger:

    This is a joint letter submitted on behalf of Ana Christina Degens and Pedro Weil.  Oral argument is scheduled tomorrow afternoon at 2:30 pm on Weil's motion to quash or modify subpoenas issued pursuant to 28 USC § 1782 and Degens's cross-motion for certain limited relief.

    The parties have resolved the cross-motion:  Degens has agreed that Weil may intervene, and Weil has agreed that (a) the five-day deadline for serving the Order should be eliminated; and (b) Degens may serve Loeb, Block & Partners.

    We have attempted to resolve the motion and are still working on it.  We respectfully request that the hearing scheduled for tomorrow be deferred until the week after Thanksgiving.  I am generally available other than on Tuesday morning of that week or Friday afternoon.  Mr. Friedman is not available in the mornings of Wednesday and Friday that week.

    We understand that Your Honor's Individual Practices provides for adjournments to be requested at least 48 hours in advance, and we apologize for making this request after that deadline passed.  This is the first request for an adjournment.

    Thank you in advance for the Court's attention to this matter.

Very truly yours,

/s/ Stuart M. Riback

Stuart M. Riback

Cc:  Alan Friedman, Esq.

SO ORDERED:
11/18/2020
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Upon the parties' joint request, the oral argument scheduled for November 19, 2020, is adjourned. The Court applauds the parties' efforts to resolve their issues.  The parties shall jointly file a status report no later than **December 2, 2020**, or such earlier time as they may resolve the motion and render it moot.